UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE HALL, Individually and on behalf of all others similarly situated,<br><br>                                            Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC.,<br>                                            Defendant. | Case No.:  15cv2047-JM (DHB)<br><br>**SCHEDULING ORDER** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference was held on February 18, 2016.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, IT IS HEREBY ORDERED:

1.     Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **April 15, 2016**.

2.     All discovery that relates to class certification must be completed by all parties on or before **May 18, 2016**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cutoff date, so that it may be completed by the cutoff date, taking into account the times for service, notice, and response

as set forth in the Federal Rules of Civil Procedure.  Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1 a.  **A failure to comply in this regard will result in a waiver of a party's discovery issue.  Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**  The Court's procedures for resolving discovery disputes are set forth in Magistrate Judge Bartick's Civil Chambers Rules, which are posted on the Court's website.

      3.     Plaintiff's class certification motion shall be **FILED** on or before **June 20, 2016**.

      Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one judge to another.  Please plan accordingly.  For example, you may need to contact the judge's law clerk in advance of the motion cut-off to assess the availability of the Court's calendar.  **Failure of counsel to timely request a motion date may result in the motion not being heard.**

      4.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without permission of the judge or magistrate judge who will hear the motion.  No reply memorandum shall exceed ten (10) pages without leave of the judge who will hear the motion.

      5.     The Court will defer issuing the remainder of the pretrial schedule until the Court has ruled on the motion for class certification.  Once the ruling has been issued, the Court will hold another Case Management Conference, at which time the remainder of the pretrial schedule will be issued.  The parties shall contact Judge Bartick's chambers within three (3) days of the Court's ruling on the motion for class certification in order to schedule this Case Management Conference.

      6.     The dates and times set forth herein will not be modified except for good cause shown.

7. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

IT IS SO ORDERED.

Dated: February 18, 2016

DAVID H. BARTICK
United States Magistrate Judge