**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Marilee Hall

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILEE HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**REAL TIME RESOLUTIONS, INC.,**<br><br>Defendant. | **Case No.:** 15-cv-2047 JM (DHB)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JEFFREY T. MILLER** |

///

///

///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARILEE HALL ("Plaintiff") and Defendant REAL TIME RESOLUTIONS, INC. ("Defendant") has been resolved on an individual basis. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice as to Plaintiff and without Prejudice as to the putative class members within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 19, 2016 for filing a Joint Dismissal.

Dated: February 19, 2016                                                        Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  ____/s/ Matthew M. Loker___
         MATTHEW M. LOKER, ESQ.
         ATTORNEY FOR PLAINTIFF