1  Abraham J. Colman (SBN 146933)
   Email:    acolman@reedsmith.com
2  Mathew M. Wrenshall (SBN 284466)
   Email:    mwrenshall@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorneys for Defendant
   Real Time Resolutions, Inc.

7

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11 MARILEE HALL, individually and on        No.: 3:15-cv-02047-JM-DHB
   behalf of all others similarly situated,
12                                           **JOINT MOTION RE DISMISSAL OF
                        Plaintiff,           ENTIRE ACTION AND ALL
13                                           PARTIES WITH PREJUDICE
            vs.                              PURSUANT TO FRCP 41(a)(1)**
14
   REAL TIME RESOLUTIONS, INC.,              Compl. Filed:      September 15, 2015
15
                        Defendant.           Honorable Jeffrey T. Miller
16                                           Honorable David H. Bartick

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 3:15-cv-02047-JM-DHB

1      IT IS HEREBY STIPULATED between Plaintiff MARILEE HALL

2 ("Plaintiff") and Defendant REAL TIME RESOLUTIONS, INC. ("Defendant"),

3 through their respective counsel of record, that the above-entitled action shall be

4 dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the

5 Federal Rules of Civil Procedure.  Each party shall bear its own costs and expenses.

6

7 DATED:  March 23, 2016        REED SMITH LLP

8

9                      By:   _/s/  Mathew M. Wrenshall_

10                     Mathew M. Wrenshall
Attorneys for Defendant

11                     REAL TIME RESOLUTIONS, INC.

12 DATED:  March 23, 2016        KAZEROUNI LAW GROUP, APC

13

14                     By:   _/s/  Matthew Loker_

15                     Matthew Loker
Attorneys for Plaintiff

16                     MARILEE HALL

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT MOTION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH
PREJUDICE PURSUANT TO FRCP 41(A)(1)

## <u>CERTIFICATION OF APPROVAL OF CONTENT</u>

I, Mathew M. Wrenshall, counsel for Defendant Real Time Resolutions, Inc. in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion Dismiss Action With Prejudice and that I have obtained authorization from Matthew Loker, counsel for Plaintiff Marilee Hall, for his electronic signature on the Joint Motion.

DATED:  March 23, 2016                      REED SMITH LLP


By:   */s/  Mathew M. Wrenshall*
        Mathew M. Wrenshall
        Attorneys for Defendant
        REAL TIME RESOLUTIONS, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court (Southern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated this 23rd day of March, 2016.

*/s/  Mathew M. Wrenshall*

Mathew M. Wrenshall

JOINT MOTION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH
PREJUDICE PURSUANT TO FRCP 41(A)(1)