UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE HALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | Case No.:  15cv2047 JM(RBB)<br><br>**ORDER GRANTING JOINT MOTION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Plaintiff Marilee Hall filed an action against Defendant Real Time Resolutions, Inc. on September 15, 2015, alleging violations of the Fair Debt Collection Practices Act and the Resenthal Fair Debt Collection Practices Act.  (Doc. No. 1).  On March 23, 2016, the parties filed a joint motion to dismiss the entire action with prejudice.  (Doc. No. 20).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the court grants the parties' joint motion, and dismisses the entire action with prejudice.  Each party shall bear its own fees and costs.  The clerk of the court is instructed to close this case.

IT IS SO ORDERED.

DATED: March 30, 2016

JEFFREY T. MILLER
United States District Judge